# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ROY D. EDDY**                                                 **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 1:22-cv-00119-RPM**

**A. REYNOLDS, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered this day, the Court hereby enters its Final Judgment in this civil action.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [63] for Summary Judgment filed by Defendants A. Reynolds and R. Nash is **GRANTED**. Plaintiff Roy D. Eddy's claims are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is closed.

**SO ORDERED AND ADJUDGED,** this 19th day of August, 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE